UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

LESLIE CASSEL,

      Plaintiff,

v.

JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.), A FOREIGN CORPORATION,

CASE NO.

      Defendant.
_____/

## JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.)'S NOTICE OF REMOVAL

Defendant JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) ("JOHN HANCOCK") hereby files this Notice of Removal of the above-styled action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to this Court. Removal is proper on the following grounds:

1.    Plaintiff filed a Summons and Complaint in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, on or about May 9, 2019. The clerk of that court assigned case number 2019-010100-CA-01 to the matter. True and correct copies of all papers filed in the case, including the Summons and Complaint along with interrogatories and requests to produce served on Defendant are attached hereto as ***Exhibit "1."***

2.    The Summons and Complaint in this case were served by Plaintiff on Defendant on May 15, 2019 through the Florida Department of Financial Services, which mailed the Summons and Complaint on that date to Defendant pursuant to Sec. 48.081, *Fla. Stat*.

3. Therefore, the filing of this Notice of Removal is timely. 28 U.S.C. §1446(b)(2)(B).

4. Venue is proper in this Court under 28 U.S.C. §1332, as the events giving rise to Plaintiff's claim allegedly occurred in this District and within this Division and Plaintiff resides in this District and Division.

5. Plaintiff's Complaint sets forth allegations for breach of contract and negligence regarding payment of life insurance benefits.

6. Plaintiff's Complaint is based on the denial of benefits under a life insurance policy number 81915514, issued by John Hancock to Robert Berney in 2000. The face amount of benefits under the Policy is $250,000.00. ***See Exhibit "2,"*** *Affidavit of Souzan Sarras,* and policy materials attached as Exhibit "A" thereto.

7. Removal of this action is proper as this Court has jurisdiction based upon the diversity of the parties and satisfaction of the required amount in controversy.

8. Plaintiff is domiciled in and a resident of Miami-Dade County Florida. Complaint*, paragraph 2*.

9. Defendant John Hancock is a Michigan corporation whose principal place of business is in Boston, Massachusetts. Accordingly, John Hancock is a foreign corporation. 28 U.S.C. § 1332(c)(1) ("a corporation shall be deemed to be a citizen of any state by which it has been incorporated and the state where it has its principal place of business").

10. Plaintiff contends in her Complaint that she is entitled to entire death benefits under the Policy following the death of Robert Berney.

11.     Removal of this action is, therefore, proper under 28 U.S.C. §1332(a), which allows for district court jurisdiction over "all civil actions where the matter in controversy exceeds the sum or value of $75,000" and is between citizens of a state and citizens or subjects of a foreign state.

15.     Defendant has given written notice of the filing of this Notice of Removal to the Plaintiff, and a copy of this Notice has been filed with the Clerk of the Circuit Court of the Seventeenth Judicial Circuit in and for Miami-Dade County, Florida.

**WHEREFORE, PREMISES CONSIDERED,** Defendant JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) respectfully requests that this Court take jurisdiction of this action and issue all necessary orders and process to remove this action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida, Miami Division.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.

s\ Russell S. Buhite _____
Russell S. Buhite, FL 0831085
Russell.Buhite@ogletree.com
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Telephone: 206-693-7057
Fax: 206-693-7058

S. Kathleen Massing, FL 0722219
Kathleen.massing@ogletree.com
100 North Tampa Street, Suite 3600
Tampa, FL  33602
Telephone:  813-289-1247
Facsimile:  813-289-6530

*Attorneys for Defendant JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.)*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 31, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s\ Russell S. Buhite
Russell S. Buhite

## **SERVICE LIST**

LESLIE CASSEL v.
JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.), A FOREIGN CORPORATION
*UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA*

38348622.1