# Exhibit 1

*19-000127237*

CHIEF FINANCIAL OFFICER
JIMMY PATRONIS
STATE OF FLORIDA

LESLIE CASSEL

PLAINTIFF(S)

VS.

JOHN HANCOCK LIFE INSURANCE COMPANY (USA)

DEFENDANT(S)
_______________________________/

**CASE #:** 2019-010100-CA-01
**COURT:** CIRCUIT COURT
**COUNTY:** MIAMI-DADE
**DFS-SOP #:** 19-000127237

SUMMONS, CIVIL COVER SHEET, DISCOVERY, COMPLAINT, EXHIBIT

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by PROCESS SERVER on Friday, May 10, 2019 and a copy was forwarded by ELECTRONIC DELIVERY on Wednesday, May 15, 2019 to the designated agent for the named entity as shown below.

JOHN HANCOCK LIFE INSURANCE COMPANY (USA)
EMANUEL ALVES
601 CONGRESS ST.
BOSTON, MA 02210

***Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080**

Jimmy Patronis
Chief Financial Officer

MICHAEL P BENNETT
THE INGRAHAM BUILDING, SUITE 808
25 SOUTHEAST SECOND AVENUE
MIAMI, FL 33131

DO1

Filing # 87359329 E-Filed 04/02/2019 04:29:04 PM

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

---

**I. CASE STYLE**

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

Case No.: ____________
Judge: ____________

LESLIE CASSEL
Plaintiff

vs.

JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.)
Defendant

---

**II. TYPE OF CASE**

- ☐ Condominium
- ☒ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999
  - ☐ Non-homestead residential foreclosure $250,00 or more
  - ☐ Other real property actions $0 - $50,000
  - ☐ Other real property actions $50,001 - $249,999
  - ☐ Other real property actions $250,000 or more
- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☐ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☐ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

### COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

**III. REMEDIES SOUGHT** (check all that apply):

- ☒ Monetary;
- ☐ Non-monetary declaratory or injunctive relief;
- ☐ Punitive

**IV. NUMBER OF CAUSES OF ACTION: (   )**
(Specify)

2

**V. IS THIS CASE A CLASS ACTION LAWSUIT?**

- ☐ Yes
- ☒ No

**VI. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**

- ☒ No
- ☐ Yes – If "yes" list all related cases by name, case number and court:

**VII. IS JURY TRIAL DEMANDED IN COMPLAINT?**

- ☒ Yes
- ☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature s/ Michael P Bennett FL Bar No.: 775304
Attorney or party (Bar number, if attorney)

Michael P Bennett 04/02/2019
(Type or print name) Date

Filing # 88435728 E-Filed 04/24/2019 09:58:30 AM

2019 MAY 10 AM 8:27
FINANCIAL SERVICES

IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2019-010100-CA-01

LESLIE CASSEL,

Plaintiff,

vs.

JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.), a foreign corporation,

Defendant.

Received: 5/9/19 @ 6:00P
Served: 5-10-19 @ 3:15pm

Richard Kolodgy, CPS #204,
Second Judicial Circuit

RECEIVED AS STATUTORY REGISTERED AGENT on 10 May, 2019 and served on defendant or named party on 15 May, 2019 by the Florida Department of Financial Services

**SUMMONS**

THE STATE OF FLORIDA:

To All and Singular the Sheriffs of said State:

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the complaint or petition in this action on defendant, JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.), by serving its registered agent, CHIEF FINANCIAL OFFICER, FLORIDA DEPT. OF FINANCIAL SERVICES, at 200 EAST GAINES STREET, TALLAHASSEE, FLORIDA 32399 - or by serving pursuant to §48.081, Fla. Stat., the president, vice-president or head of the defendant corporation – or in their absence, the cashier, treasurer, secretary or general manager; or in their absence of any director of the defendant corporation, or in the absence of the foregoing persons, on any officer or business agent of the defendant

corporation residing in the State of Florida at 200 BERKELEY STREET, BOSTON, MASSACHUSETTS 02116.

Each defendant is required to serve written defenses to the complaint on Michael P. Bennett, P.A., plaintiff's attorney, whose address is BENNETT AIELLO, The Ingraham Building, Eighth Floor, 25 Southeast Second Avenue, Miami, Florida 33131, (305) 358-9011, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint.

DATED ON 4/25/2019, 2019.

Harvey Ruvin,
Clerk of Courts
As Clerk of said Court

BY: [signature]
As Deputy Clerk

Filing # 87359329 E-Filed 04/02/2019 04:29:04 PM

IN THE CIRCUIT COURT OF THE 11th
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO.:

LESLIE CASSEL,

Plaintiff,

vs.

JOHN HANCOCK LIFE INSURANCE
COMPANY (U.S.A.),
a foreign corporation,

Defendant.
_______________________________/

**COMPLAINT**

Plaintiff, LESLIE CASSEL ("Cassel"), through undersigned counsel, hereby sues Defendant, JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A), and, in support of her complaint, alleges as follows:

**Jurisdiction and Venue**

1. This is an action for breach of a life insurance policy and damages in excess of $15,000.00, exclusive of interest, attorney's fees, and costs.

2. At all times material hereto, Cassel is a resident of Miami-Dade County, Florida, and is otherwise *sui juris.*

3. At all times material hereto, Defendant is a foreign corporation licensed to conduct and conducting business in the State of Florida, including issuing life insurance policies in Miami-Dade County, Florida.

4. Venue for this action is appropriate because Cassel's claim arose, and the subject life insurance policy was issued, by Defendant, in Miami-Dade County, Florida.

**General Allegations**

5. In 2000, Defendant issued a life insurance policy to Robert Berney ("Berney"), policy number 81915514 (the "Policy"). Cassel is not in possession of a copy of the Policy, but Defendant will provide one through discovery.

6. On or about October 22, 2010, Berney emailed Defendant requesting a change of beneficiaries from Rachel Berney Kohlbrenner and Lisa Berney (the "Prior Beneficiaries") to Cassel (email attached as Exhibit "A").

7. In December 2010, Berney submitted to Defendant a certain Change of Beneficiary-Life form (the "COB form," attached as Exhibit "B"), changing the Policy's beneficiary from the Prior Beneficiaries to Cassel.

8. On July 28, 2018, Berney passed away.

9. Berney's death is covered under the Policy.

10. On September 29, 2018, Cassel executed the Statement of Claim for Death Benefit (the "Claim," attached as Exhibit "C").

11. On October 11, 2018, Cassel submitted the Claim to Defendant, together with the requested W-9 form, State of Florida Certification of Death Certificate with cause, and copy of the COB form submitted to Defendant in 2010.

12. Defendant, however, denied Cassel's Claim for the Policy's death benefit, contrary to the terms of the Policy and the COB form.

13. Cassel has complied with all conditions precedent under the Policy and Florida law prior to the commencement of this lawsuit, or Defendant has waived such conditions.

**Count I: Breach of Third-Party Beneficiary Contract**

14. Plaintiff realleges paragraphs 1 through 13 as if fully set forth herein.

15. Defendant is in breach of the Policy.

16. As a result of Defendant's failure to pay the Policy benefits set forth within the Policy, Cassel, as third-party beneficiary of the Policy, has sustained damages, including the face value of the Policy, plus prejudgment interest on all amounts due and owing to Cassel from the date such funds should have been reasonably paid by Defendant.

17. Because of Defendant's refusal to pay Cassel's Claim as provided by the Policy, it has become necessary for Cassel to retain the services of the undersigned attorneys. As such, Cassel demands attorneys' fees from Defendant pursuant to Florida Statute § 627.428.

WHEREFORE, Plaintiff, Leslie Cassel, demands judgment for damages, prejudgment interest, court costs, and attorneys' fees, together with such other and further relief as this Court deems just and proper.

**Count II: Negligence Against Insured**

18. Plaintiff realleges paragraphs 1 through 13 as if fully set forth herein.

19. Defendant owed a duty to Berney, the insured, under their contractual relationship pursuant to the Policy.

20. Defendant breached its duty to Berney by failing to protect Berney's interest and wishes regarding his desired beneficiary, as evidenced in Berney's October 22 email (Exhibit "A") and COB form (Exhibit "B").

21. A reasonably close causal connection exists between Defendant's failure to pay Cassel the Policy benefits set forth in the Policy and the resulting injury.

22. As a result of Defendant's breach of its duty to Berney, Cassel, as third-party beneficiary of the Policy, has sustained damages, including the face value of the Policy, plus prejudgment interest on all amounts due and owing to Cassel from the date such funds should have been reasonably paid by Defendant.

23. Because of Defendant's breach of its duty to Berney, it has become necessary for Cassel to retain the services of the undersigned attorneys. As such, Cassel demands attorneys' fees from Defendant pursuant to Florida Statute § 627.428.

WHEREFORE, Plaintiff, Leslie Cassel, demands judgment for damages, prejudgment interest, court costs, and attorneys' fees, together with such other and further relief as this Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff, Leslie Cassel, hereby demands a trial by jury on all matters properly triable by jury.

Dated: April 2, 2019

Respectfully submitted,

s/Michael P. Bennett
Michael P. Bennett, mbennett@bennettaiello.com
Florida Bar Number 0775304
Attorneys for the Plaintiff
BENNETT AIELLO
The Ingraham Building
25 Southeast Second Avenue, Eighth Floor
Miami, Florida 33131
Phone: (305) 358-9011

# Exhibit "A"

Subj: **life insurance policy-# change of beneficiaries**
Date: 10/22/2010 8:57:01 A.M. Eastern Daylight Time
From: bberney@bda-cpa.com
To: abernfinancial@aol.com

Marty

Can you forward me the documents necessary to change my beneficiary on my John Hancock policy # 81 915 514 to Leslie Cassel from my two daughters.

Thanks

Bob

# Exhibit "B"

John Hancock
LIFE INSURANCE

# Change of Beneficiary - Life

*Mail your request to:*
*For Individual Life Products,*
*Customer Service Center R-02*
*John Hancock*
*1 John Hancock Way Suite 1350*
*Boston MA 02217-1080*

*For Majestic Series Products,*
*Specialty Products & Distribution C-6*
*John Hancock*
*PO Box 192*
*Boston MA 02117-0192*

**Section A - Current Policy Information**

1. a) Name of Owner(s) Robert Berney
   b) Policy Number 81 915 574
   c) Life Insured(s) Robert Berney
   d) Address [redacted] Coral Gables, FL 33158
   e) Daytime Phone No. [redacted]

☐ Please check for address change

**Section B - Beneficiary Designation**

Subject to the terms of the policy(ies) and any Assignee on record with John Hancock, the undersigned hereby revokes any beneficiary designation or direction of payment previously made in respect to the proceeds payable on the death of the Life Insured under the above policy(ies) and directs that such proceeds be paid to:

Primary Beneficiary(ies)

| Name | Relationship | Taxpayer number |
|---|---|---|
| 50% Leslie Cassel | Wife | [redacted] |

Secondary Beneficiary(ies)

| Name | Relationship | Taxpayer number |
|---|---|---|
| 50% Rachel Berney Kohlbrenner | Daughter | [redacted] |
| 50% Lisa Berney | Daughter | [redacted] |

Final Beneficiary(ies)

| Name | Relationship | Taxpayer number |
|---|---|---|
| | | |

**Section C - Signature of Owner(s)**

**Important: See also provisions on the reverse of this form which are hereby made a part of this beneficiary designation.**

Signed at City/State

Date

Signature of Witness

x

Signature of Owner (if corporation, officer(s) Name/Title must be indicated)

x

Signature of Witness

x

Signature of Owner (if corporation, officer(s) Name/Title must be indicated)

x

PS5114US (01/2010)

Insurance products are issued by: John Hancock Life Insurance Company (U.S.A.) (not licensed in New York), Boston, MA 02116; John Hancock Life Insurance Company of New York, Valhalla, NY 10595 and John Hancock Life & Health Insurance Company, herein collectively referred to as John Hancock.

John Hancock
LIFE INSURANCE

# Change of Beneficiary - Life

*Mail your request to:*

*For Individual Life Products,*
*Customer Service Center R-02*
*John Hancock*
*1 John Hancock Way Suite 1350*
*Boston MA 02217-1099*

*For Majestic Series Products,*
*Specialty Products & Distribution C-6*
*John Hancock*
*PO Box 192*
*Boston MA 02117-0192*

**Section A - Current Policy Information**

1. a) Name of Owner(s)
   b) Policy Number
   c) Life Insured(s)
   d) Address
   e) Daytime Phone No.

☐ Please check for address change

**Section B - Beneficiary Designation**

Subject to the terms of the policy(ies) and any Assignee on record with John Hancock, the undersigned hereby revokes any beneficiary designation or direction of payment previously made in respect to the proceeds payable on the death of the Life Insured under the above policy(ies) and directs that such proceeds be paid to:

**Primary Beneficiary(ies)**

| Name | Relationship | Taxpayer number |
|---|---|---|

**Secondary Beneficiary(ies)**

| Name | Relationship | Taxpayer number |
|---|---|---|

**Final Beneficiary(ies)**

| Name | Relationship | Taxpayer number |
|---|---|---|

**Section C - Signature of Owner(s)**

**Important:** See also provisions on the reverse of this form which are hereby made a part of this beneficiary designation.

Signed at City/State: MIAMI, FL

Date: 12/1/2010

Signature of Witness
x [signature] Larry Michelson

[signature]
Signature of Owner (if corporation, officer(s) Name/Title must be indicated)

Signature of Witness
x [signature] Ruth B Wilson

x
Signature of Owner (if corporation, officer(s) Name/Title must be indicated)

x

Insurance products are issued by: John Hancock Life Insurance Company (U.S.A.) (not licensed in New York), Boston, MA 02116; John Hancock Life Insurance Company of New York, Valhalla, NY 10595 and John Hancock Life & Health Insurance Company, herein collectively referred to as John Hancock.

# Exhibit "C"

John Hancock

# Statement of Claim for Death Benefit

**Mailing Address:**
Life Post Issue – Claims
John Hancock
PO Box 55979
Boston, MA 02205

**Courier Address:**
Life Post Issue – Claims
John Hancock
30 Dan Road, Suite 55979
Canton, MA 02021

**Telephone Inquiries**
**Customers before 1/1/2005**
**1-800-732-5543**
**Originally a Manulife Customer or Customer after 12/31/2004**
**1-800-387-2747**

## A message to our John Hancock beneficiaries

On behalf of John Hancock, please accept our condolences for your loss. We realize that this is a difficult time for you and your family and we will make every effort to process your claim promptly. We take pride in assisting our beneficiaries.

To expedite the processing of your claim, it is important that it contain all of the necessary information as requested in the Claimant's Statement attached.

**Please review this checklist prior to submitting your claim:**

- ☐ Complete and sign all applicable sections of the Claimant's Statement and return **all pages**. If there is more than one beneficiary, please ensure each claimant completes a separate Statement of Claim for Death Benefit. Please sign page 5, where applicable. The Electronic Funds Transfer Information (Wire Funds Transfer) form is ONLY required if the policy qualifies for a wire funds transfer and only if this is your preferred method of payment. Details on eligibility can be found under the heading of **Additional payment options**.
- ☐ A certified death certificate must be submitted. The funeral director often provides one or assists in this area. A photocopy is acceptable if the total death benefit is $250,000 or less. Otherwise, an original (not a copy) is required.
  **The Death Certificate will not be returned.**
- ☐ If the claim form is being completed by an Administrator, Executor, or a Legal Guardian, a **Court Certificate of Appointment** must be submitted with this Claimant's Statement. The forms should be completed with the beneficiary's information and signed by the Administrator, Executor, or Legal Guardian on behalf of the beneficiary.
- ☐ If your name has changed from that which is on our records, please provide a copy of the legal supporting documentation for the change. (i.e. marriage certificate, birth certificate, social security card, court document, etc.). If this name change is due to a merger, we will require documentation (Articles of Amendment and/or documents issued by the State Department of Commerce), which supports this change.
- ☐ If death occurred outside the United States or Canada, please contact our Customer Service Center to obtain a Foreign Death Questionnaire. This form will guide you through the additional requirements.
- ☐ Generation-Skipping Transfer Tax - Complete Section H.
  If the proceeds are greater than $250,000 and are subject to the Generation-Skipping Transfer Tax, please submit a Schedule R-1 of IRS Form 706 with this Statement of Claim for Death Benefit. Schedule R-1, which is to be completed by the executor, is usually required if any part of the death benefit is payable either directly or through a trust to an individual beneficiary who is either (i) a relative two or more generations younger than the insured (a grandchild, for example) or (ii) at least 37-1/2 years younger than the insured and not related to the insured (a godchild, for example).
- ☐ Review the "Fraud Warning Notices" for your state and sign Section J or K.
- ☐ If death of the insured occurred within two years of the issue date or reinstatement of the policy or supplementary benefit or if the manner of death was accidental, further investigation will be made in order to confirm information provided at the time the application for life insurance was completed. We will send you an Authorization to Release Information for Death Benefit form.
- ☐ Also included with the Statement of Claim for Death Benefit form is a Form W-9 **Request For Taxpayer Identification Number and Certification**. As explained below, this form or Form W-8 must be completed by the claimant(s) of the death benefit proceeds.
  **If the beneficiary is a U.S. person, including a U.S. citizen, U.S. resident alien, or other U.S. person**, they must complete the enclosed Form W-9.
  - The Form W-9 should be completed by the legal beneficiary with their information and Federal Tax Identification Number. This form should also be signed and dated by the beneficiary. Forms with the insured's or an assignee's information will not be accepted.
  - Please include the policy number(s) on the "List account number(s) here (optional)" line of the form.
  - **If the Form W-9 is not submitted with the Statement of Claim for Death Benefit or the Form W-9 is not completed properly, payment will be processed, however, 28% of the interest payable will be deducted for backup tax withholding as required by the IRS.**

  **If the beneficiary is not a U.S. person**, they should not complete the Form W-9. Instead, they should complete the appropriate Form W-8 which is available on the IRS website http://www.irs.gov/Forms-&-Pubs.

Although every effort is made to ensure prompt payment of benefits, your claim may be delayed if additional information is required to comply with the John Hancock's claim procedures for Federal and State Law. We will notify you immediately if we need additional information.

We're here to help. Should you need assistance in completing this claim, your local John Hancock representative is ready to assist you. If one is not available in your area, you may call our Customer Service toll-free number at one of the numbers listed above.

**Please note that we reserve the right to make further inquiries.**

Insurance products are issued by: John Hancock Life Insurance Company (U.S.A.) (not licensed in New York), Boston, MA 02116; and John Hancock Life & Health Insurance Company, herein collectively referred to as John Hancock.



## Statement of Claim for Death Benefit

Mailing Address:
Life Post Issue – Claims
John Hancock
PO Box 55979
Boston, MA 02205

Courier Address:
Life Post Issue – Claims
John Hancock
30 Dan Road, Suite 55979
Canton, MA 02021

Telephone Inquiries
Customers before 1/1/2005
1-800-732-5543
Originally a Manulife Customer or Customer after 12/31/2004
1-800-387-2747

### Settlement Options and Payment of Proceeds

**If the policyowner previously elected a settlement option**

- John Hancock is required to carry out the policyowner's instructions. We will provide the beneficiary with complete details when the claim is processed.

**Payment Options for Lump-Sum Payments**

- Total proceeds from one or more policies or contracts of less than $10,000 will be paid directly to the beneficiary(ies) by check or wire funds transfer.
- Total proceeds of $10,000 or more from one or more policies or contracts will be, unless you opt out below, placed in a John Hancock Safe Access Account in the beneficiary's name. The John Hancock Safe Access Account also assures our beneficiary(ies) of immediate access to the claim proceeds. Please read the section below entitled "Safe Access Account" for more information.
- If the claim is payable to a corporation, partnership, multiple trustees or estate, the total proceeds will be paid by check or wire funds transfer.

**Safe Access Account**

- The total claim proceeds will be deposited in a John Hancock Safe Access Account in the beneficiary's name. The Safe Access Account gives beneficiaries added peace of mind in knowing that while they take the time to make well planned financial decisions; they are immediately earning interest on the claim proceeds.
- For more information about John Hancock's Safe Access Account, please see the terms and conditions set forth in the Supplemental Contract.

**Safe Access Account offers you**

| | |
|---|---|
| **Safety** | John Hancock guarantees the entire account balance*. |
| **Convenience** | You can access the funds in your account at any time simply by writing a check. |
| **Value** | There are no monthly service charges or check fees. |
| **Growth** | Your account earns an attractive interest rate. |
| **Time** | Take the time you need to make well planned financial decisions. |

**Additional payment options**

If you would prefer not to take advantage of a John Hancock Safe Access Account, please indicate by checking the box below.

☐ **I do not want a John Hancock Safe Access Account.**

Proceeds will be provided to you through Wire Funds Transfer or a check. Payment may be made by Wire Funds Transfer if the policy qualifies. To qualify the policy must have been issued after December 31, 2004. You must complete the Electronic Funds Transfer (EFT) Information form. The EFT Information form must have a valid ABA routing number for a wire funds transfer. **ACH routing numbers are not accepted.** If the EFT Information form does not provide all required information, a check will be issued.

- Certain life insurance policies may provide for other methods of payment. A description of available options can be found in the policy. To inquire whether other settlement options are available, please contact your local John Hancock Representative or call our Customer Service toll-free number listed on page 1.

* A John Hancock Safe Access Account is not a bank account and is not insured by the FDIC; however, protection is afforded by the State Guaranty Associations. For information about coverage limitations in your state, you may contact the National Organization of Life and Health Insurance Guaranty Associations at www.nolhga.com. Guarantees are dependent upon the claims-paying ability of the issuing company. Safe Access Account balances remain in John Hancock's general account and are subject to the claims of our creditors.

Insurance products are issued by: John Hancock Life Insurance Company (U.S.A.) (not licensed in New York), Boston, MA 02116; and John Hancock Life & Health Insurance Company, herein collectively referred to as John Hancock.



# Statement of Claim for Death Benefit

John Hancock Life Insurance Company (U.S.A.)
(hereinafter referred to as The Company)

Mailing Address:
Life Post Issue – Claims
John Hancock
PO Box 55979
Boston, MA 02205

Courier Address:
Life Post Issue – Claims
John Hancock
30 Dan Road, Suite 55979
Canton, MA 02021

Telephone Inquiries
Customers before 1/1/2005
1-800-732-5543
Originally a Manulife Customer or Customer after 12/31/2004
1-800-387-2747

Complete, sign and return the form together with the insurance policy and a certified death certificate, (a photocopy of the certified death certificate is acceptable if the total death benefit is $250,000 or less and the death certificate was issued in the U.S. or Canada). Additional requirements may also be requested depending on the circumstances.

You, your and yourself refer to the person(s), Trustee(s) or Entity claiming the death benefit, whichever is applicable to the policy(ies).

## A - LIST ALL POLICY NUMBERS IF YOU ARE CLAIMING THE DEATH BENEFIT FOR MORE THAN ONE POLICY

Policy Number(s)

a) 8 1 9 1 5 5 F 4  b) ______  c) ______

## B - TELL US ABOUT THE PERSON INSURED BY THE POLICY(IES)

a) Name: Robert (First) J (Middle) Berney (Last)  b) Date of Birth [redacted] (month day year)

c) Also known as Name: (First) (Middle) (Last)  d) Place of Birth (City) (Country)

e) Address [redacted] (Street Address) Coral Gables (City) Florida (State) 33158 (Zip Code)

f) Date of Death 7 (month) 28 (day) 2018 (year)  g) State of Residence Prior to Death Fl  h) Place of Death Fl  i) Cause of Death Cancer

j) Employer's Name Berney Gitlin & Abitante

k) Employer's Address 9700 So Dixie Highway #810 (Street Address) Miami (City) Fl (State) 33156 (Zip Code)

## C - READ THIS SECTION CAREFULLY IF THE NAMED BENEFICIARY(IES) IS NOT ALIVE

If the last known beneficiary(ies) of the policy(ies) has died, please send us a copy of the beneficiary's death certificate.

## D - TELL US ABOUT THE CLAIMANT OF THE DEATH BENEFIT PROCEEDS

i.e., individual, company, executor or trustee, whichever is applicable for this policy(ies).

a) Name Leslie (First) (Middle) Cassel (Last)  b) Gender ☐ Male ☑ Female

c) Address [redacted] (Street Address) (Apt No.) Coral Gables (City) Fl (State) 33158 (Zip Code)

d) Mailing Address (if different than Street Address) (Street Address) (City) (State) (Zip Code)

e) Date of Birth [redacted] (month day year)  f) Relationship to Insured Spouse  g) Telephone No. Business (305) 206-8145  Home [redacted]

h) E-mail Address lescassel@gmail.com  i) Fax No.

j) In what capacity are you claiming the death benefit?

☑ Named Beneficiary - Please complete one form for each named beneficiary and if a beneficiary is former spouse, include copy of divorce settlement.

☐ Executor or Administrator - Please send a court certificate of appointment.  ☐ Trustee

☐ Legal Guardian - Please send a court certificate of appointment.  ☐ Other -

Insurance products are issued by: John Hancock Life Insurance Company (U.S.A.) (not licensed in New York), Boston, MA 02116; and John Hancock Life & Health Insurance Company, herein collectively referred to as John Hancock.

## E - STATEMENT OF LOST OR DESTROYED POLICY

Check this box if the policy is lost or destroyed:

☑ The undersigned hereby represents that the above numbered policy was lost or destroyed. This policy is not now assigned, nor has it been otherwise transferred or encumbered in any manner. No person, firm or corporation has or claims the right to possession of this policy.

## F - FORM 712 (LIFE INSURANCE STATEMENT)

If you require an IRS Form 712 (Life Insurance Statement) for estate tax purposes, please check this box. ☐

## G - READ THIS SECTION CAREFULLY AND COMPLETE IT ONLY IF YOU ARE A TRUSTEE OF THE TRUST THAT IS CLAIMING THE PROCEEDS OF THIS POLICY(IES).

a) Name of Trust

b) Date of Trust month day year

c) Name of Trustees

If more than one trustee, all trustees must complete and sign this form

**Certification**

If you have completed this section, you are making the following commitments when you sign this form:

- You certify that you are the trustee(s) of the trust named above.
- You certify that you have the right under the trust to act as the claimant for the policies named in this form.
- You agree that John Hancock doesn't have to determine the original terms of the trust or any revisions to them. You also agree that John Hancock shall not be charged with the knowledge of the trust's provisions. You confirm that neither John Hancock nor its representatives are responsible for inquiring into or shall be charged with the knowledge of the terms of the trust.
- You agree that John Hancock may discharge its obligations under the policies named in this form by relying solely on the signature of the trustee(s) or successor trustee(s) on this form.
- You agree that proof of payment to the trustee(s) of the death claim proceeds will be final and conclusive evidence that payment was made and that all claims and demands of the trustee(s) against John Hancock will have been satisfied.

## H - GENERATION-SKIPPING TRANSFER TAX

Are the death benefit proceeds subject to the Generation-Skipping Transfer Tax? ☐ Yes ☑ No

If you answered 'Yes' above, and the proceeds are greater than $250,000, please submit a Schedule R-1 of IRS Form 706.

## I - ADDITIONAL INFORMATION

Complete if any family members are covered under the insurance being claimed.

Please list the names and birth dates of all children born of the marriage of the insured and the insured's Spouse; or of children acquired by the insured as stepchildren or legally adopted children. Please list only living children who have not reached their 25th birthday.

| Full Name of Child/Spouse | Relationship to Insurer | Social Security Number | Birthdate month | day | year | Gender M | F |
|---|---|---|---|---|---|---|---|
| | | | | | | ☐ | ☐ |
| | | | | | | ☐ | ☐ |
| | | | | | | ☐ | ☐ |
| | | | | | | ☐ | ☐ |

Is there any possibility of a posthumous child (a child born after the death of the father)? ☐ Yes ☐ No

Insurance products are issued by: John Hancock Life Insurance Company (U.S.A.) (not licensed in New York), Boston, MA 02116; and John Hancock Life & Health Insurance Company, herein collectively referred to as John Hancock.

**J - ALL INDIVIDUAL CLAIMANTS OR TRUSTEES OR EXECUTORS MUST SIGN HERE AND HAVE THEIR SIGNATURE WITNESSED BY A DISINTERESTED THIRD PARTY.**

Any person who knowingly and with intent to defraud any insurance company or other persons, files a statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, is subject to criminal prosecution and/or civil penalties. By signing below, you agree under penalties of perjury that the information in this statement is complete and true to the best of your knowledge (please sign as you would sign a check). Refer to "Fraud Warning Notices" insert for your state.

To the extent proceeds are settled by lump sum into a John Hancock Safe Access Account, you further agree to the terms and conditions set forth in the John Hancock Safe Access Account Supplemental Contract, which together with this Statement of Claim forms the entire agreement between you and John Hancock.

Signed at City State This Day of Year

Signature of Claimant, Trustee(s), Executor or Signing Officer

X

Signature of Witness

X

**K - SIGNATURES - ALL CORPORATE CLAIMANTS MUST SIGN HERE AND HAVE THEIR SIGNATURE WITNESSED BY A DISINTERESTED THIRD PARTY**

Any person who knowingly and with intent to defraud any insurance company or other persons, files a statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, is subject to criminal prosecution and/or civil penalties. By signing below, you agree under penalties of perjury that the information in this statement is complete and true to the best of your knowledge (please sign as you would sign a check). Refer to "Fraud Warning Notices" insert for your state.

**Corporations making a claim must provide either:**
- **The title and signature of one signing officer along with the corporate seal, or**
- **Signatures of two signing officers with their titles and the Corporation Name.**

Signed at City State This Day of Year

Signature of the First Signing Officer

X

Name and Title of the First Signing Officer and the Name of Corporation

Signature of Witness

X

Signed at City State This Day of Year

Signature of the Second Signing Officer

X

Signature of Witness

X

By providing this form or other claim forms for the convenience of the claimant, John Hancock does not admit any liability or waive any of its rights.

Insurance products are issued by: John Hancock Life Insurance Company (U.S.A.) (not licensed in New York), Boston, MA 02116; and John Hancock Life & Health Insurance Company, herein collectively referred to as John Hancock.

## FRAUD WARNING NOTICES - PLEASE READ THE FRAUD WARNING NOTICE FOR YOUR STATE

**ALASKA:** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete, or misleading information may be prosecuted under state law.

**ARIZONA:** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**ARKANSAS:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**CALIFORNIA:** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**COLORADO:** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**DELAWARE:** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**DISTRICT OF COLUMBIA:** WARNING: It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits, if false information materially related to a claim was provided by the applicant.

**FLORIDA:** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**IDAHO:** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement of claim containing any false, incomplete, or misleading information is guilty of a felony.

**INDIANA:** A person who knowingly and with the intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**KENTUCKY:** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**MAINE:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the Company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**MINNESOTA:** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**NEW HAMPSHIRE:** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**NEW JERSEY:** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**NEW MEXICO:** ANY PERSON WHO KNOWINGLY PRESENTS A FALSE OR FRAUDULENT CLAIM FOR PAYMENT OF A LOSS OR BENEFIT OR KNOWINGLY PRESENTS FALSE INFORMATION IN AN APPLICATION FOR INSURANCE IS GUILTY OF A CRIME AND MAY BE SUBJECT TO CIVIL FINES AND CRIMINAL PENALTIES.

**NEW YORK:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**OHIO:** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**OKLAHOMA:** WARNING: Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**OREGON:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false or deceptive information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**PENNSYLVANIA:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**RHODE ISLAND:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison

**TENNESSEE:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**TEXAS:** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**VIRGINIA:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**WASHINGTON:** It is a crime to knowingly provide false, incomplete, or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines, and denial of insurance benefits.

**WEST VIRGINIA:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**ALL OTHER STATES:** Any person who knowingly and with intent to defraud any insurance company or other persons, files a statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, subject to criminal prosecution and/or civil penalties.

Insurance products are issued by: John Hancock Life Insurance Company (U.S.A.) (not licensed in New York), Boston, MA 02116; and John Hancock Life & Health Insurance Company, herein collectively referred to as John Hancock.

John Hancock

# Electronic Funds Transfer Information - Disbursement

- *The information below needs to be completed if you wish to have your disbursement electronically wired to your bank.*

**IMPORTANT:** In order to expedite your request, please also provide a void check in addition to completing this form.

**This form and the void check need to be provided in addition to the other forms in the package you have received. The funds will only be released if all requirements have been met.**

Insured Name ______________________

Policyowner's Name ______________________

Policy No. ______________________

Name of Bank ______________________

Name of Account Holder ______________________

Owner's Account No. ______________________

Address of Bank ______________________

City, State, Zip Code ______________________

Bank Telephone No. (include area code) ______________________

Bank ABA/Routing (9 digits)
(ABA number must be specific for a Wire transfer) ______________________

Attention/Re: ______________________

For Credit to the Account of ______________________

Date ______________________

Signature of Owner/Trustee ______________________

Signature of Collateral Assignee ______________________ Name - please print ______________________

Title ______________________

Insurance products are issued by: John Hancock Life Insurance Company (U.S.A.) (not licensed in New York), Boston, MA 02116; and John Hancock Life & Health Insurance Company, herein collectively referred to as John Hancock.

Filing # 89261745 E-Filed 05/09/2019 02:59:16 PM

IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2019-010100-CA-01

LESLIE CASSEL,

Plaintiff,

vs.

JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.), a foreign corporation,

Defendant.

_______________________________________/

**REQUEST FOR PRODUCTION**

Plaintiff, LESLIE CASSEL ("Cassel"), through undersigned counsel, and pursuant to the applicable Florida Rules of Civil Procedure, hereby files its Request for Production to be responded to within forty-five (45) days from the date of service.

**Definitions and Instructions**

1. "Defendant," as used herein, shall mean and refer to JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.), its owners, directors, officers, managers, employees, agents, attorneys, and other persons acting on behalf of Defendant.

2. "Plaintiff," as used herein, shall mean and refer to LESLIE CASSEL.

3. "Documents," as used herein, shall mean and include any written, audio, electronic, computer, video, photographic, or other graphic recording or other means of preserving thought or expression, and all tangible things in which information can be processed or transcribed, whether handwritten, taped, typed, printed or electronically prepared, filed or stored, which are in the

possession of plaintiff or subject to plaintiff's control, including the originals and drafts and all non-identical copies, whether different from originals by reason of any notation made on such copies or otherwise, including, but not limited to, all correspondence, data sheets, notices, policies, tickets, samples, chemicals, notebooks, journals, written procedures, charts, records, warranty or product information, financial statements, manuals, policy books, confirmations, acknowledgements, memoranda, notes, account information, cards, tickets, applications, telephone messages, diaries, instructions, minutes, books, reports, receipts, computer printouts, contracts, cancelled checks, checks, registers, statements, ledgers, notebooks, invoices, videotapes, audiotapes, any changes or amendments to the foregoing.

4. When either of the words "and/or" are used herein, then the word shall be interpreted disjunctively or conjunctively to encompass or call for as much information and as many documents as possible.

5. The use of any gender or tense or the use of words denoting singular or plural should not be interpreted so as to exclude any information or documents that would be responsive or subject to production if the appropriate gender, tense, singular, or plural word were used.

6. The time-frame covered by this Request for Production is from 10 years prior to the date of this Request for Production to the date of this Request for Production.

7. The "Change of Beneficiary-Life form," as used herein, shall mean the Change of Beneficiary-Life form attached to the Complaint in this matter.

8. The "Statement of Claim for Death Benefit," as used herein, shall mean the Statement of Claim for Death Benefit attached to the Complaint in this matter.

9. The "Policy," as used herein, shall mean the life insurance policy that Defendant issued to the insured, Robert Berney, policy number 81915514, in 2000.

**Request for Production**

1. The Policy.

2. Any and all Documents reflecting any correspondence between Defendant, including its insurance agents, and the insured.

3. Any and all Documents reflecting the Policy, including any forms submitted to the insured by Defendant and forms submitted to Defendant by the insured.

4. Any and all Documents between Plaintiff and Defendant.

5. Any and all Documents that Defendant intends to refer to at trial.

6. Any and all Documents that Defendant intends to enter into evidence at trial.

7. Any and all Documents referred to in Defendant's answers to interrogatories.

8. Defendant's entire file regarding the insured.

9. Defendant's entire file regarding Plaintiff.

10. Defendant's entire file concerning the Policy, including, without limitation, the Change of Beneficiary-Life form and all correspondence.

11. Any and all Documents between Defendant and its insurance agents concerning the Policy, including, without limitation, the Change of Beneficiary-Life form and the Statement of Claim for Death Benefit.

12. Any and all Documents between Defendant and others concerning the Policy, including, without limitation, the Change of Beneficiary-Life form and the Statement of Claim for Death Benefit.

Respectfully Submitted,

s/ Michael Bennett
Michael P. Bennett, mbennett@bennettaiello.com
Florida Bar Number 0775304
Attorney for Plaintiff
The Ingraham Building
25 Southeast Second Avenue, Eighth Floor
Miami, Florida 33131
Phone: (305) 358-9011

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of this document was provided to the process server to be served upon the defendants with original process in this action.

By: s/Michael P. Bennett
Michael P. Bennett

Filing # 89261745 E-Filed 05/09/2019 02:59:16 PM

IN THE CIRCUIT COURT OF THE 11th
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2019-010100-CA-01

LESLIE CASSEL,

Plaintiff,

vs.

JOHN HANCOCK LIFE INSURANCE
COMPANY (U.S.A.),
a foreign corporation,

Defendant.
_______________________________/

**NOTICE OF SERVICE OF INTERROGATORIES TO DEFENDANT**

Plaintiff, LESLIE CASSEL ("Cassel"), through undersigned counsel, and pursuant to the applicable Florida Rules of Civil Procedure, hereby propounds the following Interrogatories to Defendant, JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.), to be answered under oath within forty-five (45) days from the date of service.

Respectfully Submitted,

s/ Michael Bennett
Michael P. Bennett, mbennett@bennettaiello.com
Florida Bar Number 0775304
Attorneys for CINTAS CORPORATION
BENNETT AIELLO
The Ingraham Building
25 Southeast Second Avenue, Eighth Floor
Miami, Florida 33131
Phone: (305) 358-9011

CASE NO. 2019-010100-CA-01

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of this document was provided to the process server to be served upon the defendants with original process in this action.

By: s/Michael P. Bennett
Michael P. Bennett

**INTERROGATORIES**
**Definitions and Instructions**

(1) "Complaint," as used in these interrogatories, shall mean and refer to the complaints filed by the plaintiff in this action.

(2) "Plaintiff," as used in these interrogatories, shall mean and refer to LESLIE CASSEL.

(3) "Documents," as used in these interrogatories, shall mean or include any written or graphic matter or other means of preserving thought or expression and all tangible things from which information can be processed or transcribed (whether handwritten, typed, printed, recorded, or reproduced by any mechanical, electronic or computerized process or system), which are in the possession or subject to the control of the plaintiff, including the originals and all non-identical copies (whether different from the original by reason of any notation made on such copy or otherwise) and all drafts, including, but not limited to the following types of documents: (a) all letters, facsimiles, telexes, telephone message slips, any communications in any form; (b) any agreements, modifications, contract amendments, covenants, promissory notes, mortgages, security agreements, releases, or other contractual documents of any kind; (c) any estimates, quotes, job tickets, purchase orders, sales orders, sales confirmations, bills of lading, shipping advices, receipts, tickets, invoices, rejections, revocations, general statements, billing statements, acknowledgments and all sales and billing information of any kind; (d) all reports, memoranda, notes, summaries, evaluations, and other informational documents; (e) all circulars, press releases, web pages, bulletins, advertisements, flyers, pamphlets, notices, solicitations, invitations, and other advertising or marketing documents of any kind; (f) all bank statements, signature cards, canceled checks, deposit slips, check registers, cash journals, general journals, general ledgers, financial statements, books of accounts, expense reports, and other financial information of any

kind; (g) all notebooks, calendars, journals, planners, diaries, and other documents in which information is recorded on a contemporaneous basis; (h) all electronic mail, computer archives, computer printouts, computer disks, computer tapes, and computer information of any kind; (i) all affidavits, witness statements, photographs video or audio tapes, and other surveillance information; and all other documents maintained by the DEFENDANT in which information relevant to this case is maintained or stored.

(4) "Identify," when used herein to request information about a document, shall mean to identify the document's (a) date; (b) authors and recipients; and (c) subject matter.

(5) "Identify," when used herein to request information about a person, shall mean to identify the person by (a) name; (b) position or title, if any; and (c) last known home and work address and telephone numbers.

(6) "Defendant," as used in these interrogatories, shall mean and refer to JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.), its owners, directors, officers, managers, employees, agents, attorneys, and other persons acting on behalf of Defendant.

(8) As used herein, the singular shall include the plural tense, and the plural shall include the singular tense, and the masculine, feminine, and neuter tenses shall include the other genders. Further, as used herein, the conjunctions "and," "or" shall each be interpreted in every instance as meaning both the conjunctive and disjunctive. In other words, TENSES, GENDERS, PLURAL/SINGULAR WORDS, and CONJUNCTIONS shall not be construed to exclude any information that would be otherwise responsive to any discovery request.

## INTERROGATORIES

1. Identify all persons assisting in the answering of these interrogatories.

2. State the name and address of every person known to Defendant who has or may reasonably be expected to have knowledge of any relevant facts or discoverable matters that concern any matter in this lawsuit, including Defendant's insurance agents, and, in so doing, describe as to each the specific nature and substance of the knowledge of each person identified.

3. Does Defendant know about any statement or remark made by or on behalf of any party to this lawsuit, other than Defendant, concerning any issue in this lawsuit? If so, state the name and address of each person who made the statement(s), the name and address of each person who heard the statement(s), and the date, time, place, and substance of each statement.

4. Identify the name and address of every person known to Defendant to have knowledge about, or possession, custody, or control of, any Document pertaining to any fact or issue involved in this controversy; and, for each person identified, describe in detail the Document(s) in their possession, custody, or control.

5. Identify the corporate representatives of Defendant with the most knowledge concerning each of the allegations set forth in Plaintiff's Complaint, and set forth in detail each person's specific knowledge.

6. State in detail any communications between Plaintiff and Defendant, including its agents, that touch upon any of the allegations contained in Plaintiff's Complaint.

CASE NO. 2019-010100-CA-01

__________________________________
Print Name:
Title (for corporation only):

STATE OF FLORIDA )
) ss.:
COUNTY OF _______________)

I HEREBY CERTIFY that, on this day, before me, an officer duly authorized in the State of Florida, County of ________________________, to take acknowledgments, personally appeared ____________________________________________________; who is personally known to me or who produced ___________ as identification; and who executed the foregoing instrument, and says that the foregoing Answers to Interrogatories are true and correct to the best of her/his knowledge.

SWORN TO AND SUBSCRIBED before me this __________ day of ___________, 2019.

NOTARY PUBLIC, STATE OF FLORIDA

Print Name:__________________________

My Commission Expires:____________